# PAWAR LAW GROUP P.C.

**ATTORNEYS AT LAW**

20 VESEY STREET SUITE 1210
NEW YORK NEW YORK 10007

**Robert Blossner**
**Vik Pawar**

TEL (212) 571 0805
FAX (212) 571 0938

www.pawarlaw.nyc

NEW JERSEY OFFICE:

6 SOUTH STREET, SUITE 201
MORRISTOWN, NEW JERSEY

November 14, 2017

**BY ECF:**
The Honorable Andrew L. Carter
United States District Judge

Re:   *Brown et al., v. The City of New York, et al.*, 16 CV 1919 (ALC)

Dear Judge Carter:

  In response to defendants' *Reply* in support of their motion for summary judgment, the Court should be aware that defendants **never responded to or denied** the allegations in plaintiff's Second Amended Complaint and further inserted facts in the *Reply* that were not raised in their original moving papers. Plaintiffs, if the Court so desires, would be willing to submit a *sur-reply*.

              Respectfully,

              /s
              Vik Pawar (VP9101)

Cc:   Mr. Evan C. Brustein, Esq.
    Assistant Corporation Counsel